■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LAMONT REYNOLDS, Appellant, v DALE ARTUS, Superintendent, Gowanda Correctional Facility, et al., Respondents. [958 NYS2d 912]—Appeal from a judgment (denominated order) of the Supreme Court, Erie County (Christopher J. Burns, J.), entered September 27, 2011 in a habeas corpus proceeding. The judgment dismissed the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Memorandum: Petitioner's appeal from the judgment dismissing his petition for a writ of habeas corpus has been rendered moot inasmuch as he reached the maximum expiration date of

his sentence and was released from custody on May 18, 2012 (*see People ex rel. Kent v New York State Div. of Parole*, 87 AD3d 1205, 1206 [2011]; *People ex rel. Brown v LaClair*, 74 AD3d 1642, 1643 [2010]; *People ex rel. Dickerson v Unger*, 62 AD3d 1262, 1263 [2009], *lv denied* 12 NY3d 716 [2009]), and none of the issues raised herein fall within the exception to the mootness doctrine (*see Matter of Hearst Corp. v Clyne*, 50 NY2d 707, 714-715 [1980]; *see generally Dickerson*, 62 AD3d at 1263; *People ex rel. Faison v Travis*, 277 AD2d 916, 916 [2000], *lv denied* 96 NY2d 705 [2001]). Present—Scudder, P.J., Peradotto, Carni, Whalen and Martoche, JJ.